IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

GEORGE MONTGOMERY, #03872-424  　　　　　　　　　　　　　PETITIONER

VERSUS  　　　　　　　　　　　　　CIVIL ACTION NO. 5:07cv25-DCB-MTP

WARDEN CONSTANCE REESE, et al.  　　　　　　　　　　　　　RESPONDENTS

## ORDER

This cause comes before the court, *sua sponte*. Having considered the issues presented by the petitioner in the instant petition and in light of *Tischendorf v. Van Buren*, No. 07-11262 (5th Cir. Dec. 11, 2007) pending before the United States Court of Appeals for the Fifth Circuit, this court has determined that this civil action shall be stayed pending the Fifth Circuit's decision in *Tischendorf v. Van Buren*.

SO ORDERED, this the  9th  day of January, 2008.


　　　　　　　　　　　　　　　　　　s/ David Bramlette
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE